# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 14-1371 FMO (Ex) | Date | July 25, 2014 |
| Title | Jesus Pimentel, et al. v. City of Los Angeles | | |

| | | |
|---|---|---|
| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorney Present for Plaintiffs: | | Attorney Present for Defendants: |
| None Present | | None Present |

**Proceedings:**   (In Chambers) Order Re: Motion to Dismiss

Having reviewed the City of Los Angeles' ("defendant") Motion to Dismiss the First Amended Complaint for Failure to State a Claim Upon Which Relief May Be Granted (F.R.C.P. 12(b)(6)) ("Motion"), IT IS ORDERED THAT defendant's Motion **(Document No. 30)** is **denied without prejudice** for failure to comply with the Court's Order of June 17, 2014.  (See Court's Order of June 17, 2014, at 3).  The court instructed defendant that, in the event it wished to file another motion to dismiss, it must "meet and confer in person at an agreed upon location within the Central District of California," and "[d]efendant's motion must include copies of all meet and confer letters as well as a declaration that sets forth, in detail, the entire meet and confer process (i.e., when and where it took place, how long it lasted and the position of each attorney with respect to each disputed issue that will be the subject of the motion)."  (Id.) (emphasis added).  Defendant was warned that "[f]ailure to include such a declaration will result in the motion being denied."  Defendant's Motion did not attach the meet and confer letters or a declaration regarding the meet and confer process.  (See, generally, Motion).

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | vdr |