UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 14-1371 FMO (Ex) | Date | April 2, 2015 |
|---|---|---|---|
| Title | Jesus Pimentel, et al. v. City of Los Angeles | | |

Present: The Honorable  Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):  Attorney Present for Defendant(s):

None Present  None Present

**Proceedings:**   (In Chambers) Order Re: Joint Request for Decision Pursuant to Local Rule 83-9

    Due to the court's caseload and congestion in the court's calendar, the court hereby advises the parties that it will not be able to issue a decision with respect to defendant's motion to dismiss by the deadline set forth in the Court's Order of February 27, 2015.  The court hopes and intends to issue its decision relating to the subject motion no later than **May 8, 2015**.

                                                                   00 : 00

Initials of Preparer  vdr