BLECHER COLLINS PEPPERMAN & JOYE, P.C.
Maxwell M. Blecher (SBN 26202)
  *mblecher@blechercollins.com*
Donald R. Pepperman (SBN 109809)
  *dpepperman@blechercollins.com*
Theo "John" Giovanni Arbucci
  (SBN 249811)
  *jarbucci@blechercollins.com*
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071-3334
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

NORRIS & GALANTER LLP
Donald G. Norris (SBN 90000)
  *dnorris@norgallaw.com*
Douglas F. Galanter (SBN 93740)
  *dgalanter@norgallaw.com*
523 West Sixth Street, Suite 716
Los Angeles, CA 90014
Telephone: (213) 232-0855
Facsimile: (213) 286-9499

Attorneys for Plaintiffs

Michael N. Feuer,
  City Attorney (SBN 111529x)
Thomas H. Peters,
  Chief Deputy City Attorney (SBN 163383)
Ronald S. Whitaker,
  Assistant City Attorney (SBN 106683)
Gerald M. Sato,
  Deputy City Attorney (SBN 82780)
  *Gerald.Sato@lacity.org*
Dora A. Gonzalez
  *Dora.Gonzalez@lacity.org*
200 N. Main St., City Hall East, 9th Floor,
Room 916
Los Angeles, CA 90012
Telephone: (213) 473-6385
Facsimile: (213) 473-6818

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JESUS PIMENTEL, an individual, DAVID R. WELCH, an individual, and all persons similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, <br><br> Defendant. | Case No. CV 14-01371 FMO (Ex) <br><br> **ORDER GRANTING STIPULATION RE. CASE SCHEDULE** <br><br> The Hon. Fernando M. Olguin <br><br> Complaint Filed: February 24, 2014 |

The Court has considered the parties' Stipulation re. Case Schedule, and good cause appearing therefor as a result of the pending nature of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint and the case now being at issue,

IT IS HEREBY ORDERED that:

(1) All fact discovery shall be completed no later than August 1, 2016;

(2) All expert discovery shall be completed by September 12, 2016. The parties must serve Initial Expert Witness Disclosures not later than August 15, 2016. Rebuttal Expert Witness Disclosures shall be served no later than August 29, 2016;

(3) The parties shall file their ADR-1 indicating the settlement option they have selected no later than April 29, 2016. The Court will set the deadline for the parties to complete their Local Rule 16-15 settlement proceeding upon issuance of its ADR-12 Order;

(4) Any Motion for Class Certification shall be filed no later than September 12, 2016, and noticed for hearing regularly under the Local Rules;

(5)

The Court will set summary judgment, pre-trial conference, and trial dates, if necessary, after resolution of the class certification motion.

IT IS SO ORDERED.

Dated: December 22, 2015

_____/s/_____
Hon. Fernando M. Olguin
United States District Judge

79987.1

-1-