```
 1  Prepared by
 2  MICHAEL N. FEUER, City Attorney (SBN 111529x)
    THOMAS H. PETERS, Chief Deputy City Attorney (SBN 163383)
 3  RONALD S. WHITAKER, Assistant City Attorney (SBN 106683)
 4  GERALD M. SATO Deputy City Attorney (SBN 82780)
    Office of the City Attorney of Los Angeles
 5  200 N. Main Street, City Hall East, Rm. 675
 6  Los Angeles, CA 90012
 7  Telephone (213) 978-7563  Facsimile (213) 473-6818
 8
 9  Attorneys for Defendant CITY OF LOS ANGELES
10
11            UNITED STATES DISTRICT COURT
12          FOR THE CENTRAL DISTRICT OF CALIFORNIA
13
```

| | |
|---|---|
| JESUS PIMENTEL, et al, | CASE NO.: CV 14-01371-FMO (Ex) |
| Plaintiffs, | |
| v. | |
| CITY OF LOS ANGELES, et al, | ORDER RE CONFIDENTIAL MATERIALS ~~(proposed)~~ |
| Defendants. | Complaint Served: February 26, 2014<br>Discovery Cutoff Date:<br>Pretrial Conference:<br>Trial: |

The Court having considered the Stipulation for Protective Order Re: Confidential Materials, and finding good cause therefore:

IT IS HEREBY ORDERED that said stipulation, its operative terms incorporated by reference at this point as though fully set forth herein, is approved and shall be entered forthwith.

IT IS SO ORDERED.

DATED: 4/27/16

Hon. Charles F. Eick,
United States Magistrate Judge