BLECHER COLLINS & PEPPERMAN, P.C.
Maxwell M. Blecher (SBN 26202)
  *mblecher@blechercollins.com*
Donald R. Pepperman (SBN 109809)
  *dpepperman@blechercollins.com*
Theo "John" Giovanni Arbucci
  (SBN 249811)
  *jarbucci@blechercollins.com*
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071-3334
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

Attorneys for Plaintiffs

Michael N. Feuer,
  City Attorney (SBN 111529x)
Thomas H. Peters,
  Chief Deputy City Attorney (SBN 63383)
Ronald S. Whitaker,
  Assistant City Attorney (SBN 106683)
Gerald M. Sato,
  Deputy City Attorney (SBN 82780)
  *Gerald.Sato@lacity.org*
Dora A. Gonzalez
  *Dora.Gonzalez@lacity.org*
200 N. Main St., City Hall East, 9th Floor, Room 916
Los Angeles, CA 90012
Telephone: (213) 473-6385
Facsimile: (213) 473-6818

Attorneys for Defendant

NORRIS & GALANTER LLP
Donald G. Norris (SBN 90000)
*dnorris@norgallaw.com*
500 S. Grand Ave., 18th Fl.
Los Angeles, CA 90071
Telephone: (213) 232-0855
Facsimile: (213) 286-9499

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS PIMENTEL, an individual, DAVID R. WELCH, an individual, and all persons similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br>　　v.<br><br>CITY OF LOS ANGELES,<br><br>　　　　　　　Defendant. | Case No. CV 14-01371 FMO (Ex)<br><br>*The Honorable Fernando M. Olguin*<br><br>**ORDER AMENDING CASE SCHEDULE** |

Before the Court is a stipulation among the parties, which the parties have submitted.  Having reviewed the parties' stipulation, and good cause appearing, it is ordered that the schedule of dates in this case is modified as follows:

(1)     All fact discovery shall be completed no later than December 15, 2016 (previously October 1, 2016);

(2)     The parties must serve Initial Expert Witness Disclosures not later than December 29, 2016 (previously October 15, 2016).  All expert discovery shall be completed by January 26, 2017 (previously November 12, 2016).  Rebuttal Expert Witness Disclosures shall be served no later than January 12, 2017 (previously October 29, 2016);

(3)     Any Motion for Class Certification shall be filed no later than January 26, 2017 (previously November 12, 2016), and noticed for hearing regularly under the Local Rules;

(4)     The Court will set summary judgment, pre-trial conference, and trial dates, if necessary, after resolution of the class certification motion.

SO ORDERED.

Dated: September 2, 2016                      _____/s/_____

                                              The Honorable Fernando M. Olguin
                                              United States District Judge

85417.1