MICHAEL N. FEUER, City Attorney
THOMAS H. PETERS, Chief Assistant City Attorney (SBN 163383)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
**ARLENE N. HOANG, Deputy City Attorney (SBN 193395)**
200 North Main Street, 6th Floor
Los Angeles, California 90012
Telephone: 213.978-7508
Facsimile: 213.978-7011
Email:  Arlene.Hoang@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JESUS PIMENTEL, DAVID R. WELCH, JEFFREY O'CONNELL, EDWARD LEE, WENDY COOPER, JACKLYN BAIRD, ANTHONY RODRIGUEZ, RAFAEL BUELNA, ELEN KARAPETYAN, and all persons similarly situated,<br><br>        Plaintiffs,<br>    v.<br><br>CITY OF LOS ANGELES,<br><br>        Defendant. | CASE NO. 2:14-cv-01371-FMO (Ex)<br><br>**NOTICE OF ERRATA CONCERNING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DOCKET NOS. 110 – 113)**<br><br>Date:  June 1, 2017<br>Time:  10:00 a.m.<br>Courtroom:  6D<br>Hon. Fernando M. Olguin<br><br>Complaint Filed:  February 24, 2014<br>Trial Date:  None Set |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE of the following errata concerning the documents filed as docket numbers 110 – 113, inclusive, concerning Defendant's Motion for Summary Judgment:

1.  The documents filed as docket numbers 110, 111, 112 and 113 all pertain to the same single Motion for Summary Judgment.  Only one Motion for Summary Judgment was filed.

DATED:  May 4, 2017
MICHAEL N. FEUER, City Attorney
THOMAS H. PETERS, Chief Assistant City Attorney
GABRIEL S. DERMER, Assistant City Attorney
ARLENE N. HOANG, Deputy City Attorney

By: */s/ Arlene N. Hoang*
Arlene N. Hoang
Deputy City Attorney
Attorneys for Defendant
CITY OF LOS ANGELES