# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS PIMENTEL, et al., | Case No. CV 14-1371 FMO (Ex) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| CITY OF LOS ANGELES, | |
| Defendant. | |

**IT IS ADJUDGED** that plaintiffs' claims are **dismissed with prejudice** and the class claims are **dismissed without prejudice**. The parties shall bear their own fees and costs.

Dated this 21st day of May, 2018.

/s/
Fernando M. Olguin
United States District Judge