1  WAYMAKER LLP
2  Donald R. Pepperman (Bar No. 109809)
   777 S. Figueroa Street, Suite 2850
3  Los Angeles, California 90017
4  Telephone: (424) 625-7800
   Email: dpepperman@waymakerlaw.com
5

6  DONALD G. NORRIS, A LAW CORPORATION
   Donald G. Norris (Bar. No. 90000)
7  500 S. Grand Ave., 18th Floor
8  Los Angeles, California 90071
   Telephone: (213) 232-0855
9  Email: dnorris@norgallaw.com
10 Attorneys for Plaintiffs

11
   MICHAEL N. FEUER, City Attorney (Bar No. 111529)
12 KATHLEEN A. KENEALY, Chief Deputy City Attorney (Bar No. 212289)
13 SCOTT MARCUS, Senior Assistant City Attorney (Bar No. 184980)
   GABRIEL S. DERMER, Assistant City Attorney (Bar No. 229424)
14 **ARLENE N. HOANG, Deputy City Attorney (Bar No.  193395)**
15 200 North Main Street, Room 675
   Los Angeles, California 90012
16 Telephone: 213-978-7508
17 Email: Arlene.Hoang@lacity.org
   Attorneys for Defendant
18

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JESUS PIMENTEL, *et al.*, | CASE NO. 2:14-cv-01371-FMO (Ex) |
|---|---|
| Plaintiffs, | **ORDER GRANTING FIFTH STIPULATION TO EXTEND DEADLINE TO FILE CROSS-MOTIONS FOR SUMMARY JUDGMENT ON REMAND TO AUGUST 30, 2021** |
| V. | |
| CITY OF LOS ANGELES | |
| Defendant. | |

Hon. Fernando M. Olguin

1

The Court having considered the parties' Stipulation to Extend Time to File Cross-Motions for Summary Judgment on Remand, and good cause appearing therefor, IT IS HEREBY ORDERED that the July 12, 2021, deadline previously set via Court-approved stipulation to file the Court ordered cross-motions for summary judgment (Dkt. No. 163), is hereby further extended to August 30, 2021.

IT IS SO ORDERED.

Dated: July 2, 2021

/s/
_____
Fernando M. Olguin
United States District Judge