WAYMAKER LLP
Donald R. Pepperman (Bar No. 109809)
  dpepperman@waymakerlaw.com
777 S. Figueroa Street, Suite 2850
Los Angeles, California 90017
Telephone: (424) 625-7800

DONALD G. NORRIS, A LAW CORPORATION
Donald G. Norris (Bar. No. 90000)
  dnorris@norgallaw.com
500 S. Grand Ave., 18th Floor
Los Angeles, California 90071
Telephone: (213) 232-0855

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JESUS PIMENTEL, DAVID R. WELCH, JEFFREY O'CONNELL, EDWARD LEE, WENDY COOPER, JACLYN BAIRD, ANTHONY RODRIGUEZ, RAFAEL BUELNA, ELEN KARAPETYAN, and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES,<br><br>Defendant. | Case No. 2:14-cv-01371-FMO (Ex)<br><br>**NOTICE OF MOTION AND MOTION FOR CROSS SUMMARY JUDGMENT OF PLAINTIFFS ON REMAND [FED.R.CIV.P. 56]**<br><br>**Date: October 28, 2021**<br>**Time: 10:00 am**<br>**Courtroom: 6D**<br>**Hon. Fernando M. Olguin**<br><br>**Complaint Filed: February 24, 2014**<br><br>**Trial Date: None Set** |

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on October 28, 2021, at 10:00 a.m., before the Honorable Fernando M. Olguin, United States District Judge, in Courtroom 6D of the above-entitled Court, located at the United States District Courthouse, 350 W. 1st Street, Sixth Floor, Los Angeles, California, 90012, Plaintiffs JESUS PIMENTEL, DAVID WELCH, JEFFREY O'CONNELL, EDWARD LEE, WENDY COOPER, JACYLN BAIRD and RAFAEL BUELNA (collectively "Plaintiffs"), will and hereby do move for an Order granting summary judgment in their favor against Defendant the City of Los Angles ("the City" or "Defendant") on their 42 U.S.C. § 1983 claim for damages and injunctive relief premised on violations of the Excessive Fines Clauses of the federal and California Constitutions. (Eighth Amendment of the United States Constitution and Article I, Section 17 of the California Constitution).

Plaintiffs' Motion is brought pursuant to Rule 56 of the Federal Rules of Civil Procedure and this Court's Order directing the parties to file cross motions for summary judgment. The Ninth Circuit in *Pimentel v. City of Los Angeles*, 974 F.3d 917, 925 (9th Cir. 2020), in reversing and remanding this matter for further proceedings, stated: "[W]e cannot endorse the court's conclusion that the late fee does not constitute an excessive fine." Plaintiffs move this Court, based on the undisputed factual record presented by Plaintiffs, to find as a matter of law that the City's imposition of a $63 (100%) late payment penalty for failure to pay the initial parking meter violation fine of $63 within 21 days constitutes an impermissible excessive fine under both the United States and California Constitutions. The late fine is "excessive" because it is grossly disproportionate to the gravity of the offense (failure to pay a meter violation civil fine within 21 days).

Plaintiffs' Motion is based upon this Notice, the accompanying Joint Brief regarding the cross motions for summary judgment, the accompanying Joint Evidentiary Appendix, the Declaration of Donald R. Pepperman, Joint Statement of

1  Uncontroverted Facts, upon all the pleadings and papers that are on file in this action,
2  and upon all oral or documentary evidence that may be presented at the hearing of
3  this Motion.

Dated: September 28, 2021

        DONALD G. NORRIS,
        A LAW CORPORATION
        Donald G. Norris

        WAYMAKER LLP

By:   */s/ Donald R. Pepperman*
      DONALD R. PEPPERMAN

*Attorney for Plaintiffs*