JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS PIMENTEL, et al., individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>      v.<br><br>CITY OF LOS ANGELES,<br><br>               Defendant. | Case No. CV 14-1371 FMO (Ex)<br><br>**JUDGMENT** |

    **IT IS ADJUDGED** that plaintiffs' claims are **dismissed with prejudice**. The parties shall bear their own fees and costs.

Dated this 13th day of September, 2022.

                                                            /s/<br>
                                                  Fernando M. Olguin<br>
                                            United States District Judge